IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
07 AUG 24 AM 11: 20
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:07PO 190 |
| v. | : | MICHAEL R. MERZ |
| AVTAR SINGH DHILLON | : | I N F O R M A T I O N<br>18 USC Section 7 & 13 |
| | : | O.R.C. Section 4511.19(A)(1)(a)<br>O.R.C. Section 4511.19(A)(1)(h) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about May 6, 2007 at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, AVTAR S. DHILLON, did operate a vehicle under the influence of alcohol, a drug of abuse, or a combination of them.

In violation of 18 USC Sections 7 & 13 and Ohio Revised Code Section 4511.19(A)(1)(a).

COUNT 2

On or about May 6, 2007 at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, AVTAR S. DHILLON, did operate a vehicle while having a concentration of seventeen-hundredths of one gram or more by weight of alcohol per two hundred ten liters of his breath.

In violation of 18 USC Sections 7 & 13 and Ohio Revised Code Section 4511.19(A)(1)(h).

GREGORY G. LOCKHART
United States Attorney

VIPAL J. PATEL
Deputy Criminal Chief