ARRAIGNMENT ON INFORMATION	Date & Time: September 19, 2007

Case Caption: USA v. AVTAR SINGH DHILLON	Case Number: 3:07-po-190

___ Defendant appeared with/without counsel, _____.

___ Government represented by _____.

___ Interpreter _____ sworn.

___ Acknowledged receipt of Summons and Information.

___ Defendant waived defects in service.

___ Financial affidavit tendered to Defendant/Court to possibly appoint Counsel. ___ Approved ___ Disapproved

___ Consent to proceed before U.S. Magistrate.

**FTA**

___ Defendant entered plea of _____ to Count(s) _____

___ Arraignment complete.

___ Pretrial conference set for _____ at _____ a.m.

___ Motions to be filed by (and jury demand if applicable) _____

___ Bond of _____ set.

___ Order Setting Conditions of Release signed.

___ Report on a regular basis to PT Services Officer.

___ Random urinalysis testing.

___ Defendant ordered released after processing by U.S. Marshal.

___ Other: _____

JP AUSA Brubaker previously sworn
Statement of Probable cause read into record
Probable cause found
Warrant to issue

DIGITAL RECORDING # MRM070919- 094104

COURT REPORTER: _____	CONVENED: 12:15

DEPUTY CLERK: Gayle Hays	RECESSED: 12:16