FILED
09 MAR 13 AM 11:33
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Judge Michael Merz |
| Plaintiff(s), | |
| | Case Numbers: |
| - vs - | |
| | |
| DANIA PEARSON | 3:06-CR-017 |
| JOHN BROYLES | 3:05-PO-54 |
| NICHOLE BONDURANT | 3:05-PO-91 |
| WILLIAM HAMMOND | 3:05-PO-89 |
| DENNIS WITHROW | 3:06-PO-124 |
| HOLLY STUTZ | 3:06-PO-122 |
| BRYAN (BRIAN) CASTLE | 3:06-PO-118 |
| KENDALL WARD | 3:06-PO-009 |
| EFRAIN ROSADO | 3:06-PO-017 |
| DARRYLE HUGHES | 3:06-CR-015 |
| TUANANH MAI | 3:06-CR-028 |
| JOSHUA MCCLELLAND | 3:05-CR-169 |
| JEREMIAH MCCLURE | 3:06-CR-029 |
| LUCAS PEREZ | 3:06-CR-026 |
| WILLIAM WILLOUGHBY | 3:07-PO-132 |
| AVTAR DHILLON | 3:07-PO-190 |
| ANAMARISA PEREZ | 3:07-PO-188 |
| TRACY CARTER | 3:07-PO-105 |
| JESSICA SHIVERDECKER | 3:07-CR-41 |
| STEVEN MARSH | 3:07-PO-233 |
| MICHAEL MCQUEEN | 3:07-CR-73 |
| MICHELLE CATCHINGS | 3:07-CR-65 |
| RENARD DUBOSE | 3:08-CR-16 |
| Defendant(s) | |

### ORDER OF DISMISSAL

It is hereby ORDERED that the above violations are dismissed with prejudice.
THE ARREST WARRANTS PREVIOUSLY ISSUED ARE VACATED.

March 17, 2009

*[signature]*
MICHAEL MERZ
United States Magistrate Judge